UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

                                                  CHAPTER 7 CASE

Daniel R. Huber and
Sonia Huber,

                                                 BKY File No. 13-35898

        Debtor,

---

**AMENDED NOTICE OF RESCHEDULED MEETING OF CREDITORS**

---

TO:    The Honorable Gregory F. Kishel, United States Bankruptcy Judge, the United States Trustee, and all parties in interest as specified in Local Rule 9013-3.

       PLEASE TAKE NOTICE that the meeting of creditors in the above referenced bankruptcy originally scheduled for January 13, 2014 at 10:00 a.m. **has been rescheduled to February 4, 2014 at 10:00 a.m.** at the U.S. Courthouse, Room 402, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: January 3, 2014                    **HELLMUTH & JOHNSON, PLLC**

                                                  By: /e/ Earl. H. Cohen
                                                     Earl H. Cohen (0017632)
                                                     8050 West 78th Street
                                                     Edina, MN  55439
                                                     Tel: (952) 941-4005

                                                    **ATTORNEYS FOR DEBTOR**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Daniel R. Huber and　　　　　　　　　　　　　　　　　Chapter 7
　　　　Sonia Huber,　　　　　　　　　　　　　　　　　　　　Case No. 13-35898
　　　　　　　　　Debtors.

## UNSWORN CERTIFICATE OF SERVICE

I, Julia Samples, employed by Hellmuth & Johnson, PLLC, attorneys licensed to practice law in this Court, declare under penalty of perjury that on January 3, 2014, I served a copy of the **Amended Notice of Rescheduled Meeting of Creditors** upon each of the entities named below by mailing to each a copy of said document(s) in an envelope with first class prepaid postage addressed to each entity as follows:

```
AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355



AMERICAS SERVICING CO
P.O. BOX 10328
DES MOINES IA 50306



BANKCHEROKEE
PO BOX 790408
SAINT LOUIS MO 63179-0408



BREMER BANK
DEFAULT MANAGEMENT: MN-001-BKCY
8555 EAGLE POINT BLVD/PO BOX 1000
LAKE ELMO MN 55042
```

CAPITAL 1 BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY UT 84130


CITIBANK
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
PO BOX 20507
KANSAS CITY MO 64195


DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850


DSNB MACYS
9111 DUKE BLVD
MASON OH 45040


ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS MO 63166


FELICIA A. PETERSEN
1845 20TH AVENUE NE
ROCHESTER MN 55906


GEORGE R PETERSON
1845 20TH AVENUE NE
ROCHESTER MN 55906

```
GREAT SOUTHERN BANK
PO BOX 5087
SPRINGFIELD MO 65801-5087


JANEX, INC.
7470 WASHINGTON AVE S
EDEN PRAIRIE MN 55344


JOAN HOSKING
8826 CANBY COURT
NORTHFIELD MN 55057


MINNESOTA DEPT OF REVENUE
PO BOX 64564
ST PAUL MN 55164


PROGRESS VALLEY PARK
C/O PINCE CREEK ASSOC
6105 KAYMAR DRIVE
MINNEAPOLIS MN 55436


ROBERT K SUK LAW OFFICE
SUPERIOR DRIVE PROF BLDG
2434 SUPERIOR DR NW STE 104
ROCHESTER MN 55901


ROBERT K. SUK LAW OFFICE
SUPERIOR DRIVE PROF BLDG
2434 SUPERIOR DR NW STE 104
ROCHESTER MN 55901
```

SIGNATURE BANK
9800 BREN ROAD EAST, STE 200
MINNETONKA MN 55343


SPECIALIZED LOAN SERVI
ATTN: BANKRUPTCY
8742 LUCENT BLVD.  SUITE 300
HIGHLANDS RANCH CO 80129


TOYOTA FINANCIAL SERVI
TOYOTA FINANCIAL SERVICES
PO BOX 8026
CEDAR RAPIDS IA 52408


US BANK
4325 17TH AVENUE S
FARGO ND 58125


US BANK/NA ND
4325 17TH AVE S
FARGO ND 58125


WELLS FARGO BUSINESS CARD
PO BOX 348750
SACRAMENTO CA 95834


WESTERN BANK
4700 WEST 77TH STREET, #160
EDINA MN 55435

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: January 3, 2014

/e/ Julia Samples
Julia Samples, Paralegal
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
952-941-4005